PER CURIAM.

(Ng. 73-CC-284—Claimant )

FRANK HUBBARD ELECTRIC COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, STATE FAIR AGENCY, Respondent.

*Opinion filed July 26, 1973.*

FRANK HUBBARD ELECTRIC COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-361—Claimant )

BRIGANCE CHEVROLET SALES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed July 26, 1973.*

BRIGANCE CHEVROLET SALES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.